IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL J. BRODHEIM,

    Petitioner,                  No. CIV S-06-2326 DFL CMK P

    vs.

M. VEAL, et al.,

    Respondents.               <u>ORDER</u>

                                  /

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.[1]

        Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's application.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Respondents are directed to file an answer within forty-five days from the date of this order. <u>See</u> Rule 4, Rules Governing Section 2254 Cases. Respondents shall include with

---

[1] Although petitioner has submitted an application to proceed in forma pauperis, the Order of Transfer from the Northern District of California (doc 1-1, pg. 4) reflects that petitioner has paid the filing fee.

1

the answer any and all transcripts or other documents relevant to the determination of the issues presented in the application.  Rule 5, Rules Governing Section 2254 Cases;

  2.  Petitioner's traverse, if any, is due on or before thirty days from the date respondents' answer is filed;

  3.  The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for writ of habeas corpus on Michael Patrick Farrel, Senior Assistant Attorney General.

DATED:   October 31, 2006.

                 _____
                 **CRAIG M. KELLISON**
                 UNITED STATES MAGISTRATE JUDGE