IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL J. BRODHEIM,

    Petitioner,                                       No. CIV S-06-2326 DFL CMK P

    vs.

M. VEAL, Warden, et al.,

    Respondents.

                         /                    ORDER

        Petitioner is a state prisoner proceeding with appointed counsel in this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On November 7, 2006 a pro se notice of voluntary dismissal was filed with this court. (Doc. 14.) On the same date, a motion was filed by petitioner's appointed counsel requesting that the court disregard, or in the alternative, strike the pro se motion for voluntary dismissal. (Doc. 11.)

        Petitioner's counsel explained to the court that petitioner contacted him and stated that "because counsel had been appointed to represent him, he no longer wishes to dismiss his petition..." (Doc. 11, 2:2-3.) In the notice of voluntary dismissal, petitioner notes that he wished to dismiss his case to consult with an attorney.

///

////

1  Good cause appearing, IT IS ORDERED that the November 7, 2006 notice of
2  voluntary dismissal (doc. 14) is stricken.

4  DATED: November 9, 2006.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE