IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL J. BRODHEIM,

    Petitioner,                    No. CIV 06-2326 DFL CMK P

    vs.

M. VEAL, Acting Warden, et al.,

    Respondents.               ORDER

_____/

        Petitioner is a state prisoner proceeding with appointed counsel in this application for a writ of habeas corpus. By order filed November 1, 2006, the court ordered respondents to file an answer to the habeas petition and noted that petitioner had already paid the required filing fee. (Doc. 7, n. 1.) Petitioner now informs the court that the order of transfer from the Northern District mistakenly reflected that he had paid the filing fee and that he has not paid the filing fee. Petitioner has also submitted an application to proceed in forma pauperis.

///
///
///
///
///

1

1 | Examination of the in forma pauperis affidavit reveals that petitioner is unable to
2 | afford the costs of suit.  Accordingly, the request for leave to proceed in forma pauperis is
3 | granted.  <u>See</u> 28 U.S.C. § 1915(a).

5 | IT IS SO ORDERED.

7 | DATED: November 9, 2006.

*[signature]*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE