DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Petitioner
MICHAEL BRODHEIM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. BRODHEIM,<br><br>   Petitioner,<br><br> v.<br><br>M. VEAL, Acting Warden, and<br>A. SCHWARTZNEGGER, Governor<br> of the State of California,<br><br>   Respondents. | No. Civ. S 06-2326 DFL CMK<br><br>**STIPULATED REQUEST TO VACATE ORDER DIRECTING RESPONDENT TO FILE ANSWER;ORDER**<br><br>Judge: Hon. Craig M. Kellison |

COMES NOW Petitioner, MICHAEL J. BRODHEIM, by and through his counsel, Assistant Federal Defender David M. Porter, and Respondents M. VEAL, et al., by and through their counsel, Supervising Deputy Attorney General Jennifer A. Neill, to request that the Court vacate its November 1, 2006 order directing respondents to file an answer for the reasons set forth below.

On November 1, 2006, this Court ordered respondents to file an answer in the above-entitled matter within 45 days. On November 2, 2006, this Court issued an order appointing the Office of the Federal Defender to represent Mr. Brodheim, and setting March 1, 2007 as the deadline for filing status reports. Mr. Brodheim's counsel needs time to read the extensive exhibits attached to the amended petition,

consult with Mr. Brodheim, and determine whether there are any claims that need to be added by way of a second amended petition.  Given the number of pages involved, counsel's responsibilities in other cases, and the upcoming holidays, it may not be possible to make the determination before the answer is due to be filed.  In order to avoid having the respondents expend considerable resources responding to a pleading that might not be the operative petition in this case, the parties respectfully request that the Court issue the order lodged herewith vacating the Court's November 1, 2006 order.

Dated:  November 9, 2006

Respectfully submitted,

| | |
|---|---|
| BILL LOCKYER | DANIEL J. BRODERICK |
| Attorney General | Federal Defender |
| | |
| /s/ *Jennifer A. Neill* | /s/ *David M. Porter* |
| JENNIFER A. NEILL | DAVID M. PORTER |
| Supervising Deputy A.G. | Assistant Federal Defender |
| Attorney for Respondents | Attorney for Petitioner |
| M. VEAL, et al. | MICHAEL J. BRODHEIM |

**ORDER**

Pursuant to the stipulated request of the parties, and good cause appearing therefor, IT IS ORDERED that the Court's November 1, 2006 Order (doc. 7) is vacated.  Status reports shall be filed, pursuant to this Court's November 2, 2006 order, on or before March 1, 2007.

DATED:  November 13, 2006.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE