1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  DAVID M. PORTER, Bar #127024
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Petitioner
   MICHAEL BRODHEIM
6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  MICHAEL J. BRODHEIM,          )  No. Civ. S 06-2326 LKK GGH
                                  )
12              Plaintiff,        )  **STIPULATED REQUEST; ORDER**
                                  )
13       v.                       )  Judge:  Honorable Gregory G.
                                  )  Hollows
14  M. VEAL, Acting Warden, and   )
    A. SCHWARTZNEGGER, Governor    )
15    of the State of California,  )
                                  )
16              Defendants.       )
                                  )
17  _____)

18       COMES NOW Petitioner, MICHAEL J. BRODHEIM, by and through his

19  counsel, Assistant Federal Defender David M. Porter, and Respondents M.

20  VEAL, et al., by and through their counsel, Deputy Attorney General

21  Pamela Hooley, to request that the Court set a status conference for

22  March 1, 2007 at 10:00 a.m. for the reasons set forth below.

23       On December 1, 2006, the court ordered that the above-entitled

24  matter was related within the meaning of the local rules to *Michael*

25  *Brodheim v. Louie DiNinni*, Civ. S 05-01512 LKK GGH, and it reassigned

26  this matter to Senior District Judge Lawrence K. Karlton and Magistrate

27  Judge Gregory G. Hollows.  In doing so, the court also vacated the

28  dates in the reassigned (above-entitled) matter.  The only date in the

1  reassigned matter was a status conference set for March 1, 2007.  The

2  parties agree Mr. Brodheim's counsel needs time to read the extensive

3  exhibits attached to the amended petition, consult with Mr. Brodheim,

4  and determine whether there are any claims that need to be added by way

5  of a second amended petition, and therefore that a status conference on

6  March 1, 2007 is appropriate.  Accordingly, the parties respectfully

7  request that the court issue the order lodged herewith.

8  Dated:  December 8, 2006

9  Respectfully submitted,

10  BILL LOCKYER                        DANIEL J. BRODERICK
    Attorney General                   Federal Defender
11

12
    ___/s/ Pamela Hooley___           ___/s/ David M. Porter___
13  PAMELA HOOLEY                       DAVID M. PORTER
    Deputy Attorney General            Assistant Federal Defender
14
    Attorney for Respondents           Attorney for Petitioner
15  M. VEAL, et al.                     MICHAEL J. BRODHEIM

16

17                                 **ORDER**

18      Pursuant to the stipulated request of the parties, and good cause

19  appearing therefor, IT IS ORDERED:

20      1.  A status conference is set for March 1, 2007, at 10:00 a.m.

21  in Courtroom 24;

22      2.  No later than fourteen days prior to the status conference,

23  the parties shall file a joint scheduling statement which addresses the

24  timing and order of the following matters:

25          a.  The number of days petitioner's counsel estimates it

26              will take to file either:

27              1.  A statement indicating petitioner will stand on the

28                  existing petition, and supplemental memorandum of

                                     2

points and authorities, if any;

2.   An amended petition which will proceed on exhausted claims only; or

3.   An amended petition which identifies both exhausted and unexhausted claims, **demonstrates good cause for having failed to exhaust state court remedies as to any claims,**[1] and any intention to pursue unexhausted claims, after which the court may recommend that the proceedings be held in abeyance while petitioner exhausts any new claims in state court.

b.   Discovery and investigations;

c.   Anticipated motions;

d.   The need for and timing of an evidentiary hearing;

e.   Enumeration and resolution of unexhausted claims; and

f.   Possible future amendments to the pleadings.

Counsel are reminded of the importance of timely filing a joint scheduling statement.  Failure to do so may result in sanctions.

DATED: 12/18/06

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

brod2326.po

---

[1] *Rhines v. Weber*, 544 U.S. 269, 125 S. Ct. 1528 (2005).

3