1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MICHAEL J. BRODHEIM,

11              Plaintiff,                    No. CIV S-05-1512 LKK GGH P

12        vs.

13   LOUIE DININNI, et al.,

14              Defendants.                   ORDER

15   _____/

16   MICHAEL J. BRODHEIM,

17              Petitioner,                   No. CIV S-06-2326 LKK GGH P

18        vs.

19   M. VEAL, Acting Warden,  et al.,

20              Respondents.                  ORDER

21   _____/

22        In the matter of these related cases, Case No. Civ-S-06-2326 LKK GGH P, the

23   habeas matter is proceeding, while in the civil rights action, Case No. Civ-S-05-1512 LKK GGH

24   P, discovery has been stayed. See Order, filed on March 5, 2007.  In the 3/5/07 Order, plaintiff

25   was directed to file an amended complaint within twenty days.  By Order, filed on March 20,

26   2007, plaintiff was granted an extension of time until April 24, 2007, to file an amended

                                            1

1   complaint.

2           The amended complaint was filed timely.  Discovery having been stayed in the

3   civil rights action, Case No. Civ-S-05-1512 LKK GGH P, no response to the amended complaint

4   is due at this time.  Any response by defendants, in the form of a motion or an answer, will be

5   due only upon further order by this court.

6           IT IS SO ORDERED.

7   DATED:  5/14/07

                                                    /s/ Gregory G. Hollows

8                                                   _____

                                                    GREGORY G. HOLLOWS
9                                                   UNITED STATES MAGISTRATE JUDGE

10  GGH:009/bb
    broa1512.ord

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2