IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL J. BRODHEIM,

    Petitioner,       No. CIV S-06-2326 LKK GGH P

  vs.

M. VEAL, et al.,

    Respondents.      <u>ORDER</u>

_____/

    The stay in this matter having been lifted, by <u>Order</u>, filed on July 26, 2010, the parties are herein directed to file concurrent supplemental briefing, within twenty-one days, regarding the effect of the en banc decision in <u>Hayward v. Marshall</u>, 603 F.3d 546 (9th Cir. 2010) on this case. Each party's supplemental briefing is not to exceed ten pages. At the expiration of the time for filing supplemental briefing, this matter will be deemed submitted.

    IT IS SO ORDERED.

DATED: July 30, 2010          /s/ Gregory G. Hollows

                                       UNITED STATES MAGISTRATE JUDGE

GGH:009
brod2326.ord