1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  DAVID M. PORTER, Bar #127024
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Petitioner
   MICHAEL BRODHEIM
7

8                IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 MICHAEL BRODHEIM,                 ) NO. Civ. S 06-2326 LKK GGH
                                     )
12              Petitioner,          ) **NOTICE OF CROSS-APPEAL**
                                     )
13       v.                          )
                                     )
14 KATHLEEN DICKINSON, Warden,       )
                                     )
15              Respondent.          )
                                     )
16 _____   )

17      Pursuant to Rule 4(a)(3), Federal Rules of Appellate Procedure,

18 notice is hereby given that MICHAEL BRODHEIM, petitioner in this

19 action, by and through his attorney Assistant Federal Defender David M.

20 Porter, hereby cross-appeals to the United States Court of Appeals for

21 the Ninth Circuit from the final judgment and that portion of the order

22 entered November 1, 2010 wherein the District Court ordered the

23 California Board of Parole Hearings to hold a new parole suitability

24 hearing in accordance with due process rather than calculating Mr.

25 / / /

26 / / /

27 / / /

28 / / /

Brodheim's release date, as recommended by the magistrate judge.

Dated:  November 28, 2010

                                Respectfully submitted,

                                DANIEL J. BRODERICK  
                                Federal Defender

                                  /s/  David M. Porter  
                                DAVID M. PORTER  
                                Assistant Federal Defender

                                Attorney for Petitioner  
                                MICHAEL BRODHEIM