1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  DAVID M. PORTER, Bar #127024
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Petitioner
   MICHAEL BRODHEIM
7

8                IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 MICHAEL BRODHEIM,              )   NO. Civ. S 06-2326 LKK GGH
                                  )
12          Petitioner,            )   **CERTIFICATE OF APPEALABILITY**
                                  )
13     v.                         )
                                  )
14 KATHLEEN DICKINSON, Warden,    )
                                  )
15          Respondent.            )
                                  )
16 _____)

17     Under authority of Title 28, United States Code section 2253(c),

18 and Federal Rule of Appellate Procedure 22(b)(1), the Court hereby

19 certifies that there is cause for an appeal in the above-entitled case.

20 Accordingly, a certificate of appealability is hereby granted as to the

21 issue of whether the district court erred in limiting federal habeas

22 relief to ordering a new suitability hearing rather than the

23 calculation of Mr. Brodheim's release date.

24     IT IS SO ORDERED.

25 DATED:  December 8, 2010

26

27                                  _____
                                    LAWRENCE K. KARLTON
28                                  SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT