IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL J. BRODHEIM,

    Petitioner,　　　　　　　　No. CIV S-06-2326 LKK GGH P

  vs.

M. VEAL, et al.,

    Respondents.　　　　　　　　ORDER

_____/

    Petitioner and respondent shall file a joint status report within twenty-one days detailing what claims remain to be decided after remand, and what process is necessary to decide them. If the parties cannot agree, the respective disagreements shall be set forth separately in the joint statement. If a party, or the parties, believe that this case can proceed on the same issues present in the Gilman class action referenced in the undersigned's findings and recommendations, the belief that this habeas case can proceed with the same issues being adjudicated in the Gilman case shall be supported by legal authority.

DATED: 03/17/2011

                                  /s/ Gregory G. Hollows
                                UNITED STATES MAGISTRATE JUDGE

brod2326.ord

1