IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL J. BRODHEIM,

    Petitioner,           No. CIV S-06-2326 LKK GGH P

  vs.

M. VEAL, et al.,

    Respondents.       <u>ORDER</u>

_____/

       In response the court's order, filed on March 18, 2011, directing petitioner and respondent to file a joint status report detailing the claims remaining to be decided after remand, the parties filed a joint status report on April 8, 2011, stating that since petitioner/appellee still has motions pending before the Ninth Circuit which have yet to be ruled on and no mandate has yet issued, this court lacks jurisdiction. Accordingly, the undersigned will not require a joint status report regarding claims that remain to be decided and the process necessary to decide them until such time as a mandate from the Ninth Circuit may issue.

       IT IS SO ORDERED.

DATED: May 24, 2011               /s/ Gregory G. Hollows

                                     UNITED STATES MAGISTRATE JUDGE

GGH:009
brod2326.ord2