1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DAVID M. PORTER, Bar #127024
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Petitioner
   MICHAEL BRODHEIM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| MICHAEL J. BRODHEIM, | ) No. Civ. S 06-2326 LKK GGH P |
|---|---|
|  | ) |
| Petitioner, | ) |
|  | ) **ORDER** |
| v. | ) |
|  | ) |
| KATHLEEN DICKINSON, et al., | ) Judge:  Honorable Gregory G. |
|  | ) Hollows |
| Respondents. | ) |
|  | ) |
| _____ | ) |

O R D E R

Having reviewed petitioner's unopposed request, and good cause appearing therefor, the Court **GRANTS** the request and orders:

1. Petitioner shall file any opposition to the motion to dismiss and any cross-motion for an evidentiary hearing on or before November 28, 2011;

2. Respondent's reply to the opposition and to any cross-motion should be filed within thirty days of the filing of petitioner's response;

3. Any reply by petitioner to an opposition to any cross-motion must be filed within thirty days after the filing of such an

/ / /

opposition.

DATED: October 26, 2011

           /s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

brod2326.eot