DANIEL J. BRODERICK, Bar #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Petitioner
MICHAEL BRODHEIM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. BRODHEIM,<br><br>       Petitioner,<br><br>  v.<br><br>KATHLEEN DICKINSON, et al.,<br><br>       Respondents.<br>_____ | No. Civ. S 06-2326 LKK GGH<br><br>**ORDER**<br><br>Judge:  Honorable Gregory G. Hollows |

O R D E R

Having reviewed petitioner's unopposed request, and good cause appearing therefor, the Court **GRANTS** the request and orders:

    1.  Petitioner shall file any opposition to the motion to dismiss and any cross-motion for an evidentiary hearing on or before January 28, 2012;

    2.  Respondent's reply to the opposition and to any cross-motion should be filed within thirty days of the filing of petitioner's response;

    3.  Any reply by petitioner to an opposition to any cross-motion must be filed within thirty days after the filing of such an opposition.

1  4.   The hearing currently set for February 2, 2012, is reset to
2  Thursday, April 5, 2012 at 10:00 a.m.
3  DATED: January 3, 2012

                                  /s/ Gregory G. Hollows
                          UNITED STATES MAGISTRATE JUDGE

6  brod2326.rsc