DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Petitioner
MICHAEL BRODHEIM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL J. BRODHEIM,  )  No. Civ. S 06-2326 LKK GGH
                     )
     Petitioner,     )
                     )  **STIPULATED REQUEST TO STAY**
     v.              )  **PROCEEDINGS; ORDER**
                     )
KATHLEEN DICKINSON, *et al.*, )  Judge:  Honorable Gregory G.
                     )  Hollows
     Respondents.    )
                     )
_____)

COME NOW Petitioner, MICHAEL J. BRODHEIM, by and through his counsel, Assistant Federal Defender David M. Porter, and Respondents, KATHLEEN DICKENSON, *et al.*, by and through their counsel, Deputy Attorney General Pamela B. Hooley, to request that the Court enter the order lodged herewith staying the action and holding the proceedings in abeyance for the reasons set forth below.

On January 11, 2012, the Board of Parole Hearings granted Mr. Brodheim parole. That decision will not become final as to the Board for 120 days. Cal. Penal Code § 3041, subd. (b). The Governor then has 30 days in which to affirm, modify, or reverse the decision. Cal. Const., art. V, § 8, subd. (b). Accordingly, in an effort to promote judicial economy, the parties respectfully request that the Court issue

the order lodged herewith staying these proceedings pending the finality of the Board's grant of parole.

Dated:  January 27, 2012

Respectfully submitted,

| KAMALA D. HARRIS | DANIEL J. BRODERICK |
|---|---|
| Attorney General | Federal Defender |
| /s/ *Pamela B. Hooley* | /s/ *David M. Porter* |
| PAMELA B. HOOLEY | DAVID M. PORTER |
| Deputy Attorney General | Assistant Federal Defender |
| Attorney for Respondents | Attorney for Petitioner |
| KATHLEEN DICKENSON, *et al*. | MICHAEL J. BRODHEIM |

**ORDER**

Pursuant to the stipulated request of the parties, and good cause appearing therefor, IT IS ORDERED that all present motions, including the set April 5, 2012 motion, and scheduling dates are vacated pending the finality of the Board of Parole Hearings January 11, 2012 decision granting parole to petitioner Michael Brodheim.[1]  On or before June 15, 2012, the parties shall file a joint status report.

DATED:  January 31, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

brod2326.stp

---

[1] Technically, the undersigned, as a magistrate judge, is without authority to stay an action.  However, nothing prevents a magistrate judge from vacating motions and other dates, and simply asking for a status report as indicated by the parties.

2