```
                     IN THE UNITED STATES DISTRICT COURT

                    FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL J. BRODHEIM,

        Plaintiff,                No. CIV S-05-1512 LKK GGH P

    vs.

LOUIE DININNI, et al.,

        Defendants.               ORDER
                              /

MICHAEL J. BRODHEIM,

        Petitioner,               No. CIV S-06-2326 LKK GGH P

    vs.

M. VEAL, Acting Warden, et al.,

        Respondents.              ORDER
                              /
```

As noted in the May 14, 2007, <u>Order</u>, in these related cases, Case No. Civ-S-06-2326 LKK GGH P, the habeas matter is [still] proceeding, while in the civil rights action, Case No. Civ-S-05-1512 LKK GGH P, discovery had been stayed by an <u>Order</u>, filed on March 5, 2007. With respect to the civil rights action, the court noted in the May 14th <u>Order</u> that plaintiff had filed an amended complaint, discovery had been stayed and that any response to the amended

1

1  complaint would be due only upon further court order.

2         The habeas petition related to the civil rights action has undergone a significant
3  evolution.  See docket of Case No. Civ-S-06-2326 LKK GGH P.  Currently, the court awaits a
4  joint status report to be filed as of June 15, 2012, with respect to the final status of petitioner's
5  grant of parole which occurred at a January 11, 2012, hearing before the Board of Parole
6  Hearings.

7         The court will now require that as to the civil rights action, Case No. Civ-S-05-
8  1512 LKK GGH P, in which there has been no activity for nearly five years, plaintiff must show
9  cause why it should not be dismissed in whole or in part as duplicative of, or subsumed within,
10 the class action in Gilman v. Brown, Case No. Civ-S-05-0830 LKK GGH, or simply dismissed as
11 moot.

12        Accordingly, IT IS ORDERED that plaintiff show cause, within fourteen days,
13 why the civil rights action, Case No. Civ-S-05-1512 LKK GGH P, should not be dismissed
14 forthwith.

15 DATED: March 28, 2012

16           /s/ Gregory G. Hollows
          UNITED STATES MAGISTRATE JUDGE
17

GGH:009
18 broa1512.ord2

2