DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Petitioner
MICHAEL BRODHEIM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. BRODHEIM,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>KATHLEEN DICKINSON, *et al.*,<br><br>　　　　　　Respondents.<br>_____ | No. 2:06-cv-2326 LKK GGH P<br><br>**ORDER**<br><br>Judge:  Honorable Gregory G. Hollows |

**ORDER**

Pursuant to the stipulated request of the parties, and good cause appearing therefor, IT IS ORDERED that petitioner shall file any opposition to the amended motion to dismiss and any cross-motion for an evidentiary hearing on or before July 27, 2012; respondents' reply to the opposition and to any cross-motion should be filed on or before August 28, 2012; any reply by petitioner to an opposition to any cross-motion must be filed on or before September 11, 2012; argument on the amended

/ / /

motion shall be heard on September 20, 2012, at 10:00 a.m., in Courtroom 9.

DATED: June 18, 2012

                                     /s/ Gregory G. Hollows

                           UNITED STATES MAGISTRATE JUDGE

brod2326.brf