DANIEL J. BRODERICK, Bar #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Petitioner
MICHAEL BRODHEIM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. BRODHEIM,<br><br>        Petitioner,<br><br>    v.<br><br>KATHLEEN DICKINSON, et al.,<br><br>        Respondents. | No. Civ. S 06-2326 LKK GGH<br><br>~~[lodged]~~ ORDER<br><br>Judge:   Honorable Gregory G. Hollows |

Pursuant to the unopposed request of petitioner, and good cause appearing therefor, the request to extend time is **GRANTED**. Petitioner's response to the motion to dismiss is extended to October 1, 2012, respondents' reply to the opposition shall be filed on or before November 1, 2012; and argument on the amended motion shall be heard on November 8, 2012, at 10:00 a.m., in Courtroom 9.

Dated: Sept. 4, 2012

/s/ Gregory G. Hollows<br>UNITED STATES MAGISTRATE JUDGE

brod2326.ext