UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. BRODHEIM,<br><br>                    Petitioner,<br><br>     v.<br><br>KATHLEEN DICKINSON, et al.,<br><br>                    Respondents. | No.  2:06-cv-2326 LKK GGH P<br><br><br>ORDER |

Respondents have filed a request to either vacate the briefing schedule, or in the alternative, for an extension of time in which to file an opposition to petitioner's motion for evidentiary hearing.[1]  Good cause having been shown, respondent's alternative request will be granted.

Accordingly, IT IS ORDERED that:

1. Respondent's request to vacate the briefing schedule or for an extension of time, filed August 13, 2013, (ECF No. 116), is granted in part and denied in part.

2. Respondent shall file an opposition to petitioner's motion for evidentiary hearing by October 21, 2013.

/////

---

[1] The motion was previously scheduled for hearing on September 19, 2013, but the hearing was vacated on August 12, 2013, when it was determined that oral argument was unnecessary.

1

      3. Petitioner may file a reply by October 28, 2013.  After the time for filing a reply has passed, the matter will be submitted on the papers.[2]

Dated: August 16, 2013

                              /s/ Gregory G. Hollows

                          UNITED STATES MAGISTRATE JUDGE

GGH:076/Brod2326.evi

---

[2] The court will soon be issuing Findings and Recommendations on the Motion to Dismiss the Petition.  It may be a result of that ruling that any motion for evidentiary hearing will be vacated in its entirety.