UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL J. BRODHEIM,

    Petitioner,

    v.

KATHLEEN DICKINSON, et al.,

    Respondents.

No. 2:06-cv-2326 LKK GGH P

ORDER

Petitioner has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Presently before the court is petitioner's motion for evidentiary hearing, filed June 21, 2013. Upon review of the papers submitted in support of and in opposition to the motion, and in light of the most recent order from the district judge adopting, in part, the Findings and Recommendations on respondent's motion to dismiss, the court has determined that a hearing is warranted.

/////
/////
/////
/////

1

1   Accordingly, IT IS HEREBY ORDERED that: hearing on petitioner's motion for
2   evidentiary hearing is scheduled for January 23, 2014 at 9:00 a.m. in courtroom #9.
3   Dated: December 16, 2013

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076/brod2326.hrg

2