1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  JENNIFER A. NEILL, State Bar No. 184697
   Senior Assistant Attorney General
3  PAMELA B. HOOLEY, State Bar No. 161616
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone:  (916) 323-1951
6    Fax:  (916) 322-8288
     E-mail:  Pamela.Hooley@doj.ca.gov
7  *Attorneys for Respondent*

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10                    SACRAMENTO DIVISION

11

12

| | |
|---|---|
| **MICHAEL J. BRODHEIM,** | 2:06-cv-02326-LKK GGH |
| Petitioner, | **STIPULATION TO CONTINUE HEARING ON PETITIONER'S MOTION FOR EVIDENTIARY HEARING FROM JANUARY 23, 2014, UNTIL FEBRUARY 13, 2014; ORDER** |
| v. | |
| **KATHLEEN DICKINSON, et al.,** | Judge:  The Honorable Gregory G. Hollow |
| Respondents. | Action Filed:   October 5, 2006 |

18        On December 16, 2013, the Court issued an Order setting a hearing on Petitioner's Motion

19  for Evidentiary Hearing to be heard on January 23, 2014, at 9:00 a.m. in courtroom 9.

20       / / /

21       / / /

22       / / /

23       / / /

24       / / /

25       / / /

26       / / /

27       / / /

28

1

1    Because Respondent's counsel will be out of state that week, the parties hereby stipulate to

2    continue that hearing until February 13, 2014.

3    Dated:  December 19, 2013                Respectfully submitted,

4
                                             KAMALA D. HARRIS
5                                            Attorney General of California
                                             JENNIFER A. NEILL
6                                            Senior Assistant Attorney General

7                                            /s/ PAMELA B. HOOLEY

8
                                             PAMELA B. HOOLEY
9                                            Deputy Attorney General
                                             Attorneys for Respondent
10

11                                           HEATHER E. WILLIAMS
                                             Federal Defender
12
                                             /s/ DAVID M. PORTER
13

14                                           DAVID M. PORTER
                                             Assistant Federal Defender
15                                           Attorneys for Petitioner

16

17                        **<u>ORDER</u>**

18    Pursuant to the stipulated request of the parties, and for good cause, the hearing on

19    Petitioner's Motion for Evidentiary Hearing, which is currently set for January 23, 2014, is

20    continued to February 13, 2014, at 9:00 a.m.

21    IT IS SO ORDERED.

22    DATED:  December 23, 2013.         /s/ Gregory G. Hollows

23                                       _____
                                         GREGORY G. HOLLOWS
24                                       Magistrate Judge

25    Brod2326.hrg

26

27

28