UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRODHEIM, | No.  CIV. S-06-2326 LKK/GGH P |
|       Petitioner, | |
|   v. | **ORDER** |
| KATHLEEN DICKINSON, et al., | |
|       Respondents. | |

On December 20, 2013, respondents filed a request for reconsideration of this court's order filed December 4, 2013.

Good cause appearing, IT IS HEREBY ORDERED that petitioner shall file a response to the request for reconsideration, if any he has, within ten days from the date of this order.

IT IS SO ORDERED.

DATED:  January 9, 2014.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1