UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MICHAEL J. BRODHEIM, | No. Civ. S 06-02326 LKK GGH |
|---|---|
| Petitioner, | **ORDER** |
| v. | |
| KATHLEEN DICKINSON, *et al.*, | |
| Respondent. | |

Pursuant to petitioner's unopposed request, and good cause appearing therefor, petitioner shall file a response to the request for reconsideration, if any he has, on or before January 31, 2014.

IT IS SO ORDERED.

Dated: January 17, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1