UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRODHEIM, | No. 2:06-cv-2326 LKK GGH P |
| Petitioner, | |
| v. | ORDER |
| KATHLEEN DICKINSON, et al., | |
| Respondents. | |

On February 28, 2014, the district court issued an order in Gilman v. Brown, No. 2:05-cv-0830 LKK CKD, which determined parole issues in the civil rights context that may be pertinent to this case. (Id., ECF No. 532.)

Accordingly, IT IS HEREBY ORDERED that: within fourteen (14) days of this order, the parties shall address why, in light of the Gilman decision, there is any remedy left in this habeas corpus case that could possibly be invoked. Both parties shall file a response that is ten pages or less in length.

Dated: March 12, 2014

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076/Brod2326.Gil