UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. BRODHEIM, <br> Petitioner, <br> v. <br> KATHLEEN DICKINSON, *et al.,* <br> Respondents. | No. Civ. S 06-02326 LKK GGH <br> **ORDER** <br><br> Judge: Honorable Lawrence K. Karlton |

Pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure, and good cause appearing therefor, the amended petition for writ of habeas corpus, filed October 5, 2006 (ECF 1), is DISMISSED.

Dated: March 27, 2014

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1